JS-6

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL,<br><br>Plaintiff,<br><br>vs.<br><br>THE CANTON WAREHOUSE, INC., an Ohio corporation, also known as THE CANTON WAREHOUSE, INC., and CHRISTOPHER JOHN PALMER, an individual,<br><br>Defendants. | Case No. 8:23-cv-01383-FWS-DFM<br><br>**JUDGMENT** |

///

///

///

**JUDGMENT**

On May 24, 2024, the court granted Plaintiff Ameris Bank's ("Plaintiff"), doing business as Balboa Capital, Motion for Default Judgment against Defendant The Canton Warehouse, Inc., and Defendant Christopher John Palmer. (Dkt. 24.) Accordingly, having considered all the pleadings and papers filed in this case, the evidence on record and argument of counsel, and the applicable law, and for the good cause appearing therein, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

1. Judgment be entered in this matter, in favor of Plaintiff, and against Defendant The Canton Warehouse, Inc. and Defendant Christopher John Palmer jointly and severally, in the total amount of **$141,926.17**, including: (1) the principal amount owed of $124,130.24; (2) costs in the amount of $1,340.80; (3) attorneys' fees in the amount of $6,082.60; and (4) $10,372.53 in prejudgment interest calculated at the statutory rate of ten percent (10%) per annum from July 24, 2023, to May 24, 2024.

2. The Clerk is **ORDERED** to enter this Judgment forthwith.

**IT IS SO ORDERED**.

Dated: June 3, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE